# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:07CR00603-001 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHNATHAN CENTENO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on September 19, 2016 upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Nathan A. Ray.

The violation report was referred to Magistrate Judge George J. Limbert who issued a Report and Recommendation on August 25, 2016 [Doc. 283]. No objections having been filed the Court adopted the Magistrate Judge's Report and Recommendation and found that the following term of supervision had been violated:

      2) failure to notify of change of address.

The Court found the violation to be Grade C and that defendant was a Criminal History Category III.

Upon consideration of the recommendations of counsel, the Court committed defendant to the custody of the Bureau of Prisons for a term of 10 months with credit for time served on the instant violation. Upon release from incarceration, the Court reimposed the balance of

defendant's supervised release.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.

**IT IS SO ORDERED.**


Dated: September 20, 2016                *s/ James S. Gwin*
                                         JAMES S. GWIN
                                         UNITED STATES DISTRICT JUDGE